'08 CIV 3632

**Waesche, Sheinbaum & O'Regan, P.C.**
Counsel for the Plaintiff
111 Broadway, Suite 401
New York, New York 10006-1991
Telephone: (212) 227-3550
John R. Foster (JF3635)

ECF CASE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

COMMER INTERNATIONAL LTD.,

        Plaintiff,

-against-

NORTH AFRICA FOR IMPORT & EXPORT,

        Defendant.



**RULE 7.1 DISCLOSURE**

Pursuant to F.R.Civ.P. 7.1, the Plaintiff, Commer International Ltd., identifies the following as a publicly-held parent corporation or a publicly-held corporation owning 10% or more of Plaintiff's stock:

        NONE

Dated: New York, New York
       April 15, 2008

                        **Waesche, Sheinbaum & O'Regan, P.C.**
                        Attorneys for the Plaintiff

                        By: _____
                            John R. Foster
                        Attorney ID: JF3635
                        111 Broadway, Suite 401
                        New York, NY 10006
                        (212) 227-3550