Waesche, Sheinbaum & O'Regan, P.C.
Counsel for the Plaintiff
111 Broadway, Suite 401
New York, New York 10006-1991
Telephone: (212) 227-3550
John R. Foster (JF3635)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMER INTERNATIONAL LTD.,

      Plaintiff,

-against-

NORTH AFRICA FOR IMPORT & EXPORT,

      Defendant.

08 Civ. 3632 RMB

ORDER APPOINTING SPECIAL
PROCESS SERVER PURSUANT
TO RULES 4 AND B

  An application having been made by counsel for the Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) and Supplemental Rule B(1)(d)(ii) of the Federal Rules of Civil Procedure,

  **NOW**, on reviewing the affidavit of John R. Foster, sworn to on April 15, 2008, and it appearing that such appointment will result in substantial economies in time and expense, it is hereby

  **ORDERED** that John R. Foster, Cody D. Constable, Michael Griffin, or any other partner, associate, or agent of Waesche, Sheinbaum & O'Regan, P.C., who is at least 18 years of age and not a party to this action be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment, as well as any Supplemental Process, and the Verified Complaint, together with any interrogatories, upon the

MICROFILMED APR 17 2008 -3 00 PM

garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated: New York, New York
     April **17**, 2008

                                          **SO ORDERED.**

*RMB*
_____
*Richard M. Berman*
U.S.D.J.