UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COMMER INTERNATIONAL LTD.,          :
                                    :
                    Plaintiff       :   08 Civ. 3632 (RMB)
                                    :
        - against -                 :
                                    :   **ADMINISTRATIVE ORDER**
NORTH AFRICA FOR IMPORT & EXPORT,   :
                                    :
                    Defendant.      :
------------------------------------------------------------x

     Plaintiff is hereby directed report to the Court on the status of the above-entitled action by phone (in lieu of appearing in person) on July 16, 2008 at 9:15 a.m.

     The Court will establish a conference call by calling Plaintiff shortly before 9:15 a.m. Plaintiff's counsel is directed to provide the Court with an updated phone number by Tuesday, July 15, 2008 (noon).

**SO ORDERED**.

Dated: New York, New York
       July 14, 2008

                                                          _RMB_____
                                               Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08